UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

LINDA NICOLE WORTHINGTON )
) NO. 14-07901
Debtor ) Chapter 13

NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Please take notice of the change of address for the Debtor:

JANICE NICOLE WORTHINGTON
370 TAFT CHURCH RD
SPARTA TN  38583

This 18th of December, 2014.

                                      By */s/ Dale Bohannon*
                                      Dale Bohannon, BPR 4662
                                      Attorney for Debtor
                                      115 South Dixie Avenue
                                      Cookeville, TN  3850l
                                      931-526-7868 (Telephone)
                                      931-528-3418 (Fax)
                                      Email: dbohannon@dbohannon.net

CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to the Chapter 13 Trustee, as indicated on the electronic filing receipt.

                                      /s/ Dale Bohannon